PROB 12B

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Billy Perry  
Cr.: 03-428  
PACTS Number: 33594

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, United States District Judge

Date of Original Sentence: 10/27/03

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 84 months prison, 3 years supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: 12/8/09

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.  
[X] To withdraw the petition for Violation of Supervised Release dated 10/19/2010, in that Perry was arrested by the Newark Police Department on 10/16/2010, for the charge of Assault.

## CAUSE

The above-stated charge was dismissed in Superior Court of New Jersey (Essex) on 2/28/2012.

Respectfully submitted,

By: Thomas Stone  
Senior U.S. Probation Officer  
Date: 12/5/2012

THE COURT ORDERS:

[X] The Withdrawal of Petition as Noted Above

Signature of Judicial Officer

12/20/12  
Date